IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Watanabe

**Civil Action No. 05-CV-00405-LTB-MJW**

WILLIAM ERICKSON,

Plaintiff,

v.

BARRY J. PARDUS, et al.,

Defendants.

## MINUTE ORDER

    It is hereby ORDERED that Defendants' Motion to Stay Pretrial Proceedings Pending Decision on Motion to Dismiss (docket no. 30) is GRANTED.

Dated: July 8, 2005