IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 05-CV-00405-LTB-MJW**

WILLIAM ERICKSON,

Plaintiff,

v.

BARRY J. PARDUS, et al.,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that the Defendants' Motion to Strike Plaintiff's Surreply to Response to Defendants' Motion to Dismiss, which was filed on August 2, 2005 (Docket No. 42), is granted, and thus the plaintiff's Surreply filed on August 1, 2005 (Docket No. 41), is hereby stricken.

Dated: August 5, 2005