**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00405-LTB-MJW

WILLIAM ERICKSON,
        Plaintiff,

v.

BARRY J. PARDUS, Assist. Clinical Dr., C.D.O.C., and
DR. ANITA BLOOR, L.C.F., Medical Staff, all defendants named in their individual and official capacities,
        Defendants.

_____

**ORDER**
_____

This case is before me on Plaintiff's objection to the Magistrate Judge's Order striking Plaintiff's surreply brief.  Defendants have responded to the objection.

Having reviewed the Magistrate Judge's Order in light of the objection to it and the response to the objection, I cannot conclude that the Order is either clearly erroneous or contrary to law.  Fed.R.Civ.P. 72(a).  Accordingly,

IT IS ORDERED that the objection is DENIED.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
DATED:  August 19, 2005                 Lewis T. Babcock, Chief Judge