**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 05-cv-00405-LTB-MJW

WILLIAM ERICKSON,
        Plaintiff,

v.

BARRY J. PARDUS, Assist. Clinical Dr., C.D.O.C., and
DR. ANITA BLOOR, L.C.F., Medical Staff, all defendants named in their individual and official capacities,
        Defendants.
_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge that the Plaintiff's Motion for a Preliminary Injunction "enjoining Defendants from implementing a policy on January 8, 2006, which will require Plaintiff to choose between receiving medical treatment and defecation." The recommendation was filed on January 17, 2006. Plaintiff has filed timely written objections to the recommendation. I have therefore reviewed the recommendation *de novo*. On *de novo* review, I conclude that the recommendation is correct. Accordingly

IT IS ORDERED that Plaintiff's Motion for Preliminary Injunction filed January 3, 2006, Doc #54, is DENIED.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

DATED: January 27, 2006