**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.  05-cv-00405-LTB-MJW

WILLIAM ERICKSON,
        Plaintiff,

v.

BARRY J. PARDUS, Assist. Clinical Dr., C.D.O.C., and
DR. ANITA BLOOR, L.C.F., Medical Staff, all defendants named in their individual and official capacities,
        Defendants.
_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge that Defendants' Motion to Dismiss (Doc 26) be granted.  The Magistrate Judge notes that to the extent Plaintiff makes claim for damages against Defendants in their official capacities such claims should be dismissed but that the motion to dismiss against the Defendants in their official capacities should not be granted insofar as it seeks injunctive relief.

Plaintiff has filed timely specific objections to the Magistrate Judge's recommendation.  Defendants have responded to the objections.  I have therefore reviewed the recommendation *de novo* in light of the file and record in this case.  The Plaintiff notes no objection to dismissal of any portion of his claims for damages against Defendants in their official capacity disavowing any claim against them for monetary damages. On *de novo* review, I conclude that the Magistrate Judge's recommendation is correct.

Plaintiff has also filed a motion to expedite ruling (Doc 22). It appears that the motion was filed on June 3, 2005 and reasserted on January 2, 2006. In light of my ruling upon the objections to the recommendation, the motion to expedite is moot.

Accordingly

IT IS ORDERED that the above action is DISMISSED.

IT IS FURTHER ORDERED that Plaintiff's motion to expedite is DENIED AS MOOT.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: March 13, 2006