IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00405-LTB-MJW

WILLIAM ERICKSON,
        Plaintiff,

v.

BARRY J. PARDUS, Assist. Clinical Dr., C.D.O.C., and
DR. ANITA BLOOR, L.C.F., Medical Staff, all defendants named in their individual and official capacities,
        Defendants.

## ORDER

This case is before me on mandate of the Tenth Circuit Court of Appeals remanded upon its Order and Judgment entered June 7, 2007 upon remand from the United States Supreme Court, *Erickson v. Pardus*, 511 U.S. ____ (2007); *Slip Op.* at 6.  In its Order and Judgment, the Tenth Circuit Court of Appeals vacated the portions of the Order entered by the District Court on March 13, 2006 that addressed Plaintiff's Eighth Amendment claim pertaining to his removal from the hepatitis C treatment program and remanded the case to this Court for further proceedings consistent with the Supreme Court's opinion and the Tenth Circuit's order and judgment.  Being sufficiently advised

IT IS ORDERED that this matter and the remaining claim is re-referred to Magistrate Judge Michael J. Watanabe pursuant to the previously Order of Reference of April 5, 2005 (Doc 9).

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED: July 5, 2007