IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00405-LTB-MJW

WILLIAM ERICKSON,

    Plaintiff,

v.

BARRY J. PARDUS, Assist. Clinical Dr., C.D.O.C., and
DR. ANITA BLOOR, L.C.F., Medical Staff, all defendants named in their individual and official capacities,

    Defendants.

---

ORDER

---

This case is before the Court on the Magistrate Judge's Recommendation that this Action be Dismissed for Failure to Prosecute, Failure to Comply With Court Orders, and Failure to Appear as Directed (Doc 120). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

    ORDERED that this action is DISMISSED.

                            BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: January 8, 2008